1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   REYNALDO RUIZ,                    )    NO. ED CV 10-1629 GHK (FMO)
                                       )
12                  Petitioner,        )
                                       )
13        v.                           )    **ORDER ADOPTING FINDINGS,**
                                       )    **CONCLUSIONS AND RECOMMENDATIONS**
14   FERNANDO GONZALEZ, Warden,        )    **OF UNITED STATES MAGISTRATE JUDGE**
                                       )
15                  Respondent.        )
                                       )
16   _____   )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein,

18   the Magistrate Judge's Report and Recommendation, and the Objections to the Report and

19   Recommendation.  Having made a <u>de novo</u> determination of the portions of the Report and

20   Recommendation to which the Objections were directed, the Court concurs with and adopts the

21   findings and conclusions of the Magistrate Judge.  Accordingly, IT IS ORDERED THAT:

22        1.    Judgment shall be entered dismissing the action with prejudice.

23        2.    The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24   DATED: <u>6/28/2011.</u>

25                                              _____

26                                                    GEORGE H. KING
                                                UNITED STATES DISTRICT JUDGE

27

28