UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO RUIZ,<br><br>           Petitioner,<br><br>           v.<br><br>FERNANDO GONZALEZ, Warden,<br><br>           Respondent. | NO. ED CV 10-1629 GHK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: <u>6/28/2011</u>.

                                                              GEORGE H. KING
                                         UNITED STATES DISTRICT JUDGE